1  Thomas P. Riley, SBN 194706                                     JS-6
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**

| J & J Sports Productions, Inc., | CASE NO. 2:15-cv-02554-WDK-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ARUTRO SUING PAMINTUAN, individually and d/b/a NOYPITZ; and NOYPITZ, INC. an unknown business entity d/b/a NOYPITZ |
| vs. | |
| Arturo Suing Pamintuan, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ARUTRO SUING PAMINTUAN, individually and d/b/a NOYPITZ; and NOYPITZ, INC. an unknown business entity d/b/a NOYPITZ, that the above-entitled action is hereby dismissed **without prejudice** against ARUTRO SUING PAMINTUAN, individually and d/b/a NOYPITZ; and NOYPITZ, INC. an unknown business entity d/b/a NOYPITZ.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 21, 2016, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____     Dated:      01/07/2016

**The Honorable William D. Keller
United States District Court
Central District of California**

///

///

///

///

///

Case 2:15-cv-02554-WDK-PLA   Document 24   Filed 01/07/16   Page 3 of 3   Page ID #:77

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 10, 2015, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ARUTRO SUING PAMINTUAN, individually and d/b/a NOYPITZ; and NOYPITZ, INC. an unknown business entity d/b/a NOYPITZ**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Darin R. Dominguez, Esquire     (Attorneys for Defendants)
**DARIN R. DOMINGUEZ LAW OFFICES**
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 7, 2016, at South Pasadena, California.

Dated: December 10, 2015

**VANESSA VENTURA**

**STIPULATION OF DISMISSAL
Case No. 2:15-cv-02554-WDK-PLA
PAGE 3**